# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SAYERS,** *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **ARTSANA USA, INC.,** <br><br> Defendant. | Case No. 5:21-cv-01876-JMG |

## ORDER FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

The Court, having considered Plaintiffs' Consent Motion for Voluntary Dismissal Without Prejudice [ECF No. 53], hereby ORDERS that the motion is **GRANTED**. This action is **DISMISSED** WITHOUT PREJUDICE. The clerk is directed to close this action.

Dated: March 2, 2023

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge